IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



BOARD OF TRUSTEES, SHEET METAL )
WORKERS NATIONAL PENSION FUND, )
et al.,                        )
                Plaintiffs,    )
                               )
v.                             )     Civil Action No. 1:11CV1077
                               )
S.E. SULENSKI ROOFING & SIDING )
COMPANY, INC.,                 )
                               )
                Defendant.     )
_____)

## ORDER

This matter comes before the Court on the Report and
Recommendation of the Magistrate Judge dated December 20, 2011.
Defendant has not filed any objections to the Report and
Recommendation.  Based on a de novo review of the evidence in
this case, the Court adopts the findings and recommendation of
the Magistrate Judge.  And it is hereby,

ORDERED that the Plaintiff's Motion For Default Judgment is
GRANTED and default judgment is entered against Defendants in the
amount of $10,340.62.

                                    /s/
                          _____
                          Claude M. Hilton
                          United States District Judge

Alexandria, Virginia
February ___, 2012