IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS NATIONAL PENSION FUND, )
et al., )
        Plaintiffs, )
)
v. )   Civil Action No. 1:11CV1077
)
S.E. SULENSKI ROOFING & SIDING )
COMPANY, INC., )
)
        Defendant. )



### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated December 20, 2011. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that the Plaintiff's Motion For Default Judgment is GRANTED and default judgment is entered against Defendants in the amount of $10,340.62.

                                                  /s/
                                    Claude M. Hilton
                                    United States District Judge

Alexandria, Virginia
February 1, 2012